UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLA BATISTA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No.: 18-cv-2128 |
| ) | |
| THOMAS REINICK, GJ ENTERPRISES ) | |
| and G & J HOLDINGS, INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Thomas Reinick and G&J Holdings, Inc. d/b/a G & J Enterprises, and hereby remove this action from the Circuit Court of Madison County, Illinois to the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. § 1332, and as grounds for this removal state as follows:

1. Plaintiff filed a Complaint on October 29, 2018 in the Circuit Court of Madison County, Illinois styled as set forth above with the case number 2018-L-001385. A copy of the Complaint is attached hereto, along with all other documents in the Court file, as Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(a), venue lies in the United States District Court for the Southern District of Illinois because Madison County, Illinois is within the Southern District of Illinois.

3. Thomas Reinick and G&J Holdings, Inc. d/b/a G & J Enterprises were served with summons and Complaint on October 31, 218 in the above styled case, at which time they were first made aware of the lawsuit. Therefore, Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

4. Written notice of the filing of this Notice of Removal is being given to Plaintiff and a copy of this Notice of Removal is being filed with the Madison County Clerk of Court pursuant to 28 U.S.C. § 1446(d).

5. Copies of all known process and pleadings served upon Defendant are filed contemporaneously with this Notice of Removal in accordance with 28 U.S.C. § 1446(a).  See Exhibit A.

6. Plaintiff is an individual domiciled in Illinois and Plaintiff is a citizen of the State of Illinois.

7. Defendant G&J Holdings, Inc. d/b/a G & J Enterprises is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business in the State of Nebraska.  Therefore, Defendant G&J Holdings, Inc. d/b/a G & J Enterprises is a citizen of the State of Nebraska.

8. Defendant Thomas Reinick is an individual domiciled in Nebraska and therefore Defendant is a citizen of the State of Nebraska.

9. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

10. This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff, who is a citizen of the State of Illinois, and Defendant Thomas Reinick, who is a citizen of the State of Nebraska, and Defendant G&J Holdings, Inc. d/b/a G & J Enterprises, located in Nebraska with its principal place of business in Nebraska, and more than $75,000 is in controversy, exclusive of costs and interest.

WHEREFORE, Defendants Thomas Reinick and G&J Holdings, Inc. d/b/a G & J Enterprises, remove this case to the United States District Court for the Southern District of Illinois

and hereby request that the filing of this Notice of Removal shall affect the removal of said civil action of this Court.

                **LAW OFFICE OF MICHAEL P. MCDONALD, JR.**

By: _____
John T. Richmond, #06239617
3636 S. Geyer Road, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax: 866-421-3335
Richmj4@nationwide.com

*Attorneys for Defendants Thomas Reinick, G&J Holdings, Inc. d/b/a G&J Enterprises*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was mailed, postage prepaid, this 29th day of November, 2018 to Michael P. Glisson 603 Henry Street, Alton, IL 62002.

_____