# Williamson, Webster, Falb & Glisson

### Attorneys At Law
www.wwfglaw.com

James T. Williamson (1937-2009)
John C. Webster*
Thomas O. Falb*
Michael P. Glisson*
Timothy J. Chartrand*
Taylor N. Fehrenz*

603 Henry Street
Alton, Illinois 62002
(618) 462-1077
(877) 993-4529
(618) 462-1080 Fax

* Member of Illinois & Missouri Bars

## FACSIMILE TRANSMISSION COVER SHEET

**DATE:** 10-29-18

**TO:** Thomas White

**FROM:** Mike Glisson

**FACSIMILE NUMBER TRANSMITTED TO:** (480) 483-6752

**TOTAL PAGES:** 10, including fax cover sheet

**RE:** 0173495?

**COMMENTS:**

*THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.*

EXHIBIT A

# Williamson, Webster, Falb & Glisson

## Attorneys At Law
www.wwfglaw.com

James T. Williamson (1937-2009)
John C. Webster*
Thomas O. Falb*
Michael P. Glisson*
Taylor Ferhenz*

603 Henry Street
Alton, Illinois 62002
(618) 462-1077
(877) 993-4529
(618) 462-1080 Fax

* Member of Illinois & Missouri Bars

October 29, 2018

**VIA MAIL & FAX: 480-483-6752**
Nationwide Insurance Claims
Attn: Mr. Thomas White/Claim 01734959
7 World Trade Center
250 Greenwich Street, 37th Floor
New York, N.Y. 10007

> Re:  **My Client: Nicola Batista**
>      **Your Insured: GJ Holding Inc**
>      **Driver of Vehicle: Thomas Reinick**
>      **D.O.A: 10/24/2016**
>      **Claim No: 01734959**

Dear Mr. White:

Enclosed please find a copy of the Complaint that was filed on October 16, 2018. Also enclosed is a letter from the Illinois Secretary of State dated October 22, 2018 confirming that they have accepted service on behalf of Thomas Reinick. The summons for GJ Enterprises and G & J Holdings are out for service at this time.

I might be in a position to send a formal demand in the near future if you would like to try to negotiate this matter prior to turning it over to defense counsel.

Thank you for your attention to this matter.

Sincerely,

Michael P. Glisson

Enclosures
MPG/sb



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

October 22, 2018

Michael P. Glisson
603 Henry Street
Alton, IL 62002

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**Nicola Batista v. Thomas Reinick, #18 L 1385, Fee $5.00**

Filing and Service have been accepted on 10/22/2018 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

Jesse White

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217)785-3096
Office of the General Counsel
298 Howlett Building
Springfield, IL 62756

JW:tf
Enclosure

\*\*\*EFILED\*\*\*
Case Number 2018L 001385
Date: 10/16/2018 2:24 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICOLA BATISTA, | ) | |
| | ) | |
| Plaintiff, | ) | 2018L 001385 |
| | ) | |
| vs. | ) No. | |
| | ) | |
| THOMAS REINICK, | ) | |
| GJ ENTERPRISES and | ) | |
| G & J HOLDINGS, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES Plaintiff, NICOLA BATISTA, by and through her attorneys of record, WLLIAMSON, WEBSTER, FALB & GLISSON, and for her Complaint against Defendants THOMAS REINICK, GJ ENTERPRISES and G & J HOLDING, INC., states as follows:

### COUNT I
### DEFENDANT THOMAS REINICK

1. At all times material hereto, Plaintiff was and remains a resident and citizen of Madison County, State of Illinois.

2. That on or around October 24, 2016, Plaintiff Nicola Batista owned operated, possessed, and/or controlled a certain motor vehicle, to wit: 1998 Ford Taurus.

3. That at said time, the aforesaid vehicle was then and there operated and/or controlled by Plaintiff, who was driving said vehicle eastbound on Illinois Route 140, at or near the intersection of Illinois Route 255, in the City of Bethalto, County of Madison and State of Illinois.

4. That on said date, Defendant Thomas Reinick owned, operated, possessed,

and/or controlled a certain motor vehicle, to wit: 2005 Volvo Truck Tractor.

5. That on said date, the aforesaid vehicle was then and there operated and/or controlled by Defendant Thomas Reinick was driving said vehicle directly behind Plaintiff's vehicle on Illinois Route 140, at or near the intersection of Illinois Route 255, in the City of Bethalto, County of Madison and State of Illinois.

6. That at all times mentioned herein, Defendant Thomas Reinick was employed with and was working within the scope of his employment for Defendants GJ Enterprises and/or G & J Holdings, Inc.

7. That at all times mentioned herein, Defendants GJ Enterprises and G & J Holdings, Inc. were corporations doing business in the State of Illinois and in the County of Madison, and owned the tractor trailer being driven by Defendant Thomas Reinick..

8. That it then and there became the duty of Defendant Thomas Reinick to exercise ordinary care in the operation, possession, and control of his said vehicle so as to not cause injury to the person and property of Plaintiff.

9. That notwithstanding the aforesaid duty, Defendant Thomas Reinick negligently and carelessly committed one or more of the following acts or omissions:

(a) Failed to stop his automobile in time to avoid colliding with Plaintiff's vehicle;

(b) Failed to keep his automobile under proper control;

(c) Failed to keep a proper lookout for other automobiles on the public street;

(d) Failed to give a proper signal or sound his horn in time to warn Plaintiff, and/or;

(e) Failed to reduce speed to avoid an accident and drove too fast for conditions in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601, et. al.

10. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions, Defendant Thomas Reinick's vehicle violently rear-ended Plaintiff's vehicle.

11. That by reason of the premises, Plaintiff suffered personal injuries on or about her body, both internally and externally, some of which may be permanent, including, but not limited to, injuries to her head, neck, back and other areas of the body; that as a consequence thereof, Plaintiff has suffered and will in the future, suffer great pain and mental anguish; that as a consequence thereof, Plaintiff has suffered disability and loss of a normal life, and in addition thereto, Plaintiff has become and will be obligated for reasonable medical expenses in endeavoring to be cured of said injuries, and in addition thereto, Plaintiff has incurred property damage and other expenses related thereto, including, but not limited to, damage to her vehicle.

WHEREFORE, Plaintiff NICOLA BATISTA prays for judgment against Defendant THOMAS REINICK for an equitable sum in excess of Fifty Thousand Dollars ($50,000.00) together with her costs of this action.

## COUNT II
## DEFENDANT GJ ENTERPRISES

1. - 7. Plaintiff incorporates paragraphs 1 through 7 of Count I as and for paragraphs 1 through 7 of this Count.

8. That it then and there became the duty of Defendant GJ Enterprises, by and through its employees, agents and servants, to exercise ordinary care in the operation, possession, and control of its said vehicle so as to not cause injury to the person and property of Plaintiff.

9. That notwithstanding the aforesaid duty, Defendant GJ Enterprises negligently and carelessly committed one or more of the following acts or omissions:

(a) Failed to stop his automobile in time to avoid colliding with Plaintiff's vehicle;

(b) Failed to keep his automobile under proper control;

(c) Failed to keep a proper lookout for other automobiles on the public street;

(d) Failed to give a proper signal or sound his horn in time to warn Plaintiff, and/or;

(e) Failed to reduce speed to avoid an accident and drove too fast for conditions in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601, et. al.

10. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions, Defendant Thomas Reinick's vehicle rear-ended Plaintiff's vehicle.

11. That by reason of the premises, Plaintiff suffered personal injuries on or about her body, both internally and externally, some of which may be permanent, including, but not limited to, injuries to her head, neck, back and other areas of the body; that as a consequence thereof, Plaintiff has suffered and will in the future, suffer great pain and mental anguish; that as a consequence thereof, Plaintiff has suffered disability and loss of a normal life, and in addition thereto, Plaintiff has become and will be obligated for reasonable medical expenses in endeavoring to be cured of said injuries, and in addition thereto, Plaintiff has incurred property damage and other expenses related thereto, including, but not limited to, damage to her vehicle.

WHEREFORE, Plaintiff NICOLA BATISTA prays for judgment against Defendant GJ ENTERPRISES for an equitable sum in excess of Fifty Thousand Dollars ($50,000.00) together with her costs of this action.

## COUNT III
## DEFENDANT G & J HOLDINGS, INC.

1. - 7. Plaintiff incorporates paragraphs 1 through 7 of Count I as and for paragraphs 1 through 7 of this Count.

8. That it then and there became the duty of Defendant G & J Holdings, Inc., by and through its employees, agents and servants, to exercise ordinary care in the operation, possession, and control of its said vehicle so as to not cause injury to the person and property of Plaintiff.

9. That notwithstanding the aforesaid duty, Defendant G & J Holdings, Inc. negligently and carelessly committed one or more of the following acts or omissions:

   (a)   Failed to stop his automobile in time to avoid colliding with Plaintiff's vehicle;

   (b)   Failed to keep his automobile under proper control;

   (c)   Failed to keep a proper lookout for other automobiles on the public street;

   (d)   Failed to give a proper signal or sound his horn in time to warn Plaintiff, and/or;

   (e)   Failed to reduce speed to avoid an accident and drove too fast for conditions in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601, et. al.

10. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions, Defendant Thomas Reinick's vehicle rear-ended Plaintiff's vehicle.

11. That by reason of the premises, Plaintiff suffered personal injuries on or about her body, both internally and externally, some of which may be permanent, including, but not limited to, injuries to her head, neck, back and other areas of the body; that as a consequence thereof, Plaintiff has suffered and will in the future, suffer great pain and mental anguish; that as a consequence thereof, Plaintiff has suffered disability and loss of a normal life, and in addition thereto, Plaintiff has become and will be obligated for reasonable medical expenses in

endeavoring to be cured of said injuries, and in addition thereto, Plaintiff has incurred property damage and other expenses related thereto, including, but not limited to, damage to her vehicle.

WHEREFORE, Plaintiff NICOLA BATISTA prays for judgment against Defendant G & J Holdings for an equitable sum in excess of Fifty Thousand Dollars ($50,000.00) together with her costs of this action.

By _____
MICHAEL P. GLISSON, #6237172
Williamson, Webster, Falb & Glisson
603 Henry Street
Alton, Illinois 62002
(618) 462-1077
(618) 462-1080 Fax
*Attorneys for Plaintiff Nicola Batista*

\*\*\*EFILED\*\*\*
Case Number 2018L 001385
Date: 10/16/2018 2:24 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICOLA BATISTA, | ) | |
| | ) | |
| Plaintiff, | ) | 2018L 001385 |
| | ) | |
| vs. | ) | No. |
| | ) | |
| THOMAS REINICK, | ) | |
| GJ ENTERPRISES and | ) | |
| G & J HOLDINGS, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT REGARDING DAMAGES SOUGHT

I, MICHAEL P. GLISSON, attorney for Plaintiff, hereby states under oath the following:

1. That the total of money damages sought in this case is in excess of Fifty Thousand Dollars ($50,000.00).

2. That this Affidavit is pursuant to Supreme Court Rule 222(b).

By _____
MICHAEL P. GLISSON, #6237172
Williamson, Webster, Falb & Glisson
603 Henry Street
Alton, Illinois 62002
(618) 462-1077
(618) 462-1080 Fax
*Attorneys for Plaintiff Nicola Batista*