## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLA BATISTA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-cv-2128-SMY |
| G&J HOLDINGS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  March 2, 2020**             MARGARET M. ROBERTIE,
                                      Clerk of Court

                                      **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

*[signature]*

**STACI M. YANDLE**
**DISTRICT JUDGE**